IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RODOLFO AVELAR, as Personal Representative of the Estate of Andrew Avelar, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. CIV-24-909-D ) ) ) ) ) ) |

## ORDER

Plaintiff Rodolfo Avelar, as Personal Representative of the Estate of Andrew Avelar, brought this civil rights action under 42 U.S.C. § 1983 and Oklahoma state law. Defendant Board of County Commissioners for Oklahoma County (Board) moved to dismiss Plaintiff's Second Amended Complaint [Doc. No. 16], to which Plaintiff filed a response [Doc. No. 19]. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

On February 14, 2025, the magistrate judge issued a Report and Recommendation [Doc. No. 23], in which he recommended denying the Board's Motion to Dismiss [Doc. No. 16]. The magistrate judge notified the Board that it could file an objection to the R&R on or before March 3, 2025, and that failure to timely object to the R&R waives the right to appellate review of both factual and legal issues contained therein. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Upon review of the file and noting no timely objection to the findings and recommendations of the magistrate judge, the Court **ADOPTS** the Report and Recommendation [Doc. No. 23] in its entirety.

**IT IS THEREFORE ORDERED** that, for the reasons stated in the Report and Recommendation, the Board's Motion to Dismiss [Doc. No. 16] is **DENIED**.

**IT IS FURTHER ORDERED** that the Board's previous Motion to Dismiss [Doc. No. 7], which addressed Plaintiff's First Amended Complaint [Doc. No. 1-2], is therefore **DENIED** as **MOOT**.

**IT IS SO ORDERED** this 5th day of March, 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge